Steven G. Rosales  
Attorney at Law: 222224  
Law Offices of Lawrence D. Rohlfing  
12631 East Imperial Highway, Suite C-115  
Santa Fe Springs, CA 90670  
Tel.: (562)868-5886  
Fax: (562)868-5491  
E-mail: rohlfing.office@rohlfinglaw.com  

Attorneys for Plaintiff  
Ruben Anthony Garcia

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBEN ANTHONY GARCIA, | Case No.: 5:14-cv-01444-JFW-VBK |
| Plaintiff, | ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: February 6, 2015

/s/
_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

-1-